Chicago Pipe Company, appellee, v. Nathan Rosenzweig, appellant.
Gen. No. 24,233.
    Action to recover for goods, wares and merchandise sold.   Judgment
for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon.
John Courtney, Judge, presiding.   Heard in the Branch Appellate
Court at the March term, 1918.   Affirmed.   Opinion filed March 12,
1919.
    Hyman Soboroff, for appellant.   Wiley & Mack, for appellee.
    Mr. Justice Taylor delivered the opinion of the court.

---

Samuel T. Jacobs, appellee, v. Employers Indemnity Exchange,
appellant.   Gen. No. 24,249.
    Action upon a policy insuring an automobile against damage by
collision.   Judgment for plaintiff.   Appeal from the County Court
of Cook county; the Hon. J. J. Cooke, Judge, presiding.   Heard in
the Branch Appellate Court at the March term, 1918.   Affirmed.
Opinion filed March 12, 1919.
    Thomas H. Murray, for appellant.   Edmund W. Froehlich, for
appellee.
    Mr. Justice Taylor delivered the opinion of the court.

---

Sidney C. Eastman, trustee, appellee, v. George S. Dole et al.
Sheldon Dole Leman et al., appellants.   Gen. No. 23,622.
    Bill by trustee under a will for approval of accounts, and to be
permitted to resign.   Decree for, complainant.   Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge,
presiding.   Heard in the Branch Appellate Court at the October term,
1917.   Affirmed.   Opinion filed March 12, 1919.   Rehearing denied
and opinion modified March 28, 1919.   Certiorari denied by Supreme
Court (making opinion final).
    Henry W. Leman, for appellants; Frank H. Culver, of counsel.
Frederic Burnham, for George S. Dole and Julia H. Dole Hurlbut.
Chytraus, Healy & Frost, Carl V. Wisner and John Peter Barnes,
for appellee Sidney C. Eastman, as trustee.
    Mr. Justice Thomson delivered the opinion of the court.

---

Marcus Hitch, trustee, appellee, v. R. Hoe & Company, appellant.
Gen. No. 24,146.
    Trover for conversion of a printing press.   Judgment for plaintiff.
Appeal from the Superior Court of Cook county; the Hon. Theodore
Brentano, Judge, presiding.   Heard in the Branch Appellate Court
at the March term, 1918.   Affirmed.   Opinion filed March 12, 1919.
Certiorari denied by Supreme Court (making opinion final).
    N. M. Jones, for appellant.   Frederick Mains and Cavender &
Kaiser, for appellee.
    Mr. Justice Thomson delivered the opinion of the court.